UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL E. PERRY,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>)<br>)   Civil No.: 1:10-cv-00477-JAW<br>)<br>)<br>)<br>) |

**STATEMENT OF CASE AUTHORITIES**

The defendant, by and through Thomas E. Delahanty II, United States Attorney for the District of Maine, hereby provides the following Statement of Case Authorities:

**I.**     **Cases**

Libby v. Astrue, no. 2:10–cv–292–JAW, 2011 WL 2940738 (D. Me. July 19, 2011)

Mitchell v. Sec. of Health & Human Servs., 21 F.3d 419, 1994 WL 96966 (1st Cir. 1994)

Perez v. Sec. of Health & Human Servs., 958 F.2d 445 (1st Cir. 1991)

**II.**    **Administrative Materials**

Hearings, Appeals, and Litigation Law Manual ("HALLEX") §§ I-2-6-70, I-2-6-74

Respectfully submitted,

MICHAEL J. ASTRUE
Commissioner of Social Security

By His Attorneys:

THOMAS E. DELAHANTY II
United States Attorney

/s/ Timothy A. Landry
Special Assistant U.S. Attorney
Office of the General Counsel, Reg. I
Social Security Administration
625 John F. Kennedy Federal Building
Boston, Massachusetts 02203
(617) 565-2367
timothy.landry@ssa.gov

Dated: September 8, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2011, I electronically filed the *Statement of Case Authorities* with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

FRANCIS JACKSON
JACKSON & MACNICHOL
238 WESTERN AVE
SOUTH PORTLAND, ME 04106
Email: fmj@jackson-macnichol.com

      /s/ Timothy A. Landry
      Special Assistant U.S. Attorney
      Office of the General Counsel, Reg. I
      Social Security Administration
      625 John F. Kennedy Federal Building
      Boston, Massachusetts 02203
      (617) 565-2367
      timothy.landry@ssa.gov

Dated: September 8, 2011