UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL E. PERRY, )| |
|       Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 1:10-cv-00477-NT |
| SOCIAL SECURITY ) | |
| ADMINISTRATION ) | |
| COMMISSIONER, ) | |
| ) | |
| ) | |
|       Defendant. | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Report and Recommended Decision (Docket No. 17) filed October 13, 2011, the Recommended Decision is **AFFIRMED**.

SO ORDERED.

                                                                 /s/ Nancy Torresen
                                                                  United States District Judge

Dated this 29th day of November, 2011.